Argued November 20, affirmed November 24, 1975, reconsideration denied January 7, petition for review denied February 10, 1976

STATE OF OREGON, *Respondent, v.*
CONSTANCE ANITA LUPTON (No. 89881,
CA 4770), *Appellant.*
542 P2d 494

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Rhidian M. M. Morgan,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

PER CURIAM.

AFFIRMED. *Chambers v. Maroney,* 399 US 42, 90 S Ct 1975, 26 L Ed 2d 419 (1970); *State v. Hirsch,* 267 Or 613, 627, 518 P2d 649 (1974); *State v. McCoy,* 249 Or 160, 437 P2d 734 (1968).